IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
NOV 18 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 15–33–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KENNETH MICHAEL MARKEE, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion to Dismiss Revocation Petition and Vacate Revocation Disposition Hearing. (Doc. 42.) The United States Probation Office has advised the Government that Defendant Markee is compliant with his supervised release conditions, including successfully engaging in treatment. (*Id.* at 1.) Additionally, Markee runs his own construction business, and Child Protective Services has granted him visitation with his children. (*Id.* at 2.) Therefore, good cause appears to support the motion.

Accordingly, IT IS ORDERED that the United States' motion (Doc. 42) is GRANTED. The petition for warrant for offender under supervision (Doc. 33) is DISMISSED. IT IS FURTHER ORDERED that the revocation hearing currently set for Thursday, November 21, 2019, at 10:30 a.m. is VACATED.

DATED this 18th day of November, 2019.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court